UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __06-60317-CR-WPD__

UNITED STATES OF AMERICA

O R D E R

vs.

Mark Reid
_____\

THIS CAUSE is before the Court on the motion of the defendant to modify conditions of release on bond. The Court having heard said motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the defendant's Motion to Modify Conditions of Release be and the same is hereby as follows:

> The conditions of a curfew and electronic monitoring are deleted. Travel is extended throughout the domestic United States due to the defendant's employment. The defendant however, is to call Pretrial Services prior to leaving and provide an itinerary of his trip.

DONE AND ORDERED at Fort Lauderdale, Florida this   7   day of   December, 2006.

_/s/ Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    Manuel Vazquez, Esq.
    Pretrial Services